UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARCO TULIO FERNANDEZ-RODRIGUEZ, a/k/a "Markito," a/k/a "Marc Yai,"<br><br>Defendant. | **SEALED ORDER**<br><br>24 Mag. 1182 |

The Court has received a request by DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, by Assistant United States Attorney Jared Hoffman, that the amended criminal complaint and arrest warrant in the above-captioned case be partially unsealed.

Full consideration having been given to the matter set forth therein, it is hereby

ORDERED that the United States shall be permitted to disclose the amended criminal complaint and arrest warrant to law enforcement and other government personnel, including those of a foreign government, as necessary to assist in the location, apprehension, and extradition of the defendant to the United States. For all other purposes, the amended criminal complaint and arrest warrant in this case shall remain sealed.

Dated:   White Plains, New York
         July  11 , 2024

_____
HONORABLE VICTORIA REZNIK
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARCO TULIO FERNANDEZ-RODRIGUEZ, a/k/a "Markito," a/k/a "Marc Yai,"<br><br>Defendant. | **SEALED APPLICATION**<br><br>24 Mag. 1182 |

The UNITED STATES OF AMERICA, by and through its counsel, Damian Williams, United States Attorney for the Southern District of New York, and Assistant United States Attorney Jared Hoffman, hereby moves for an Order from the Court to partially unseal the amended criminal complaint in this case and the arrest warrant as to defendant MARCO TULIO FERNANDEZ-RODRIGUEZ, a/k/a "Markito," a/k/a "Marc Yai."

On June 28, 2024, the United States filed an amended criminal complaint against the defendant charging him with (1) conspiracy to commit Hobbs Act robbery (18 U.S.C. § 1951); (2) conspiracy to distribute narcotics (21 U.S.C. §§ 846 and 841(b)(1)(A)); (3) firearms use, carrying, and possession, and aiding and abetting the same (18 U.S.C. §§ 924(c)(1)(A)(i), (ii), and (iii), and 2); and (4) murder through the use of a firearm, and aiding and abetting the same (18 U.S.C. §§ 924(j) and 2). The Court issued an arrest warrant for the defendant, and both the amended criminal complaint and the arrest warrant were sealed by the Court. The United States anticipates working with officials of the U.S. Department of State, foreign officials, and other law enforcement authorities to locate, arrest, and extradite the defendant. In connection therewith, the United States will be required to provide a copy of the amended criminal complaint and arrest warrant to such individuals.

Accordingly, the United States respectfully requests an Order partially unsealing the amended criminal complaint and arrest warrant, only for the limited purpose of permitting the United States to disclose those documents to law enforcement and other government personnel, including those of a foreign government, as necessary to assist in the location, apprehension, and extradition of the defendant to the United States.

Dated: White Plains, New York
July 11, 2024

*[signature]*
Jared D. Hoffman
Assistant United States Attorney
914-993-1928