# Law Offices of
# Daniel A. Hochheiser

ATTORNEY AT LAW
2 Overhill Road, Suite 400
Scarsdale, New York 10583
dah@hochheiser.com
(646) 863-4246

April 21, 2025

Via ECF and Email
Hon. Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

Re: USA v. Marco Tulio Fernandez-Rodriguez 24 MJ 1182 (SDNY White Plains)
<u>Application by Appointed Counsel for Permission to File Interim Vouchers</u>

Your Honor:

    I was appointed, pursuant to the Criminal Justice Act, as counsel to Marco Tulio Fernandez-Rodriguez on March 13, 2025. I continue to represent Fernandez-Rodriguez, as appointed counsel, pending resolution of the felony Complaint charging him with violations of 18 USC §§924(c), 924(j), 1951, and 21 USC §§ (b)(1)(A), 846. Since my appointment to this matter, I have spent a significant portion of my professional time working on this matter involving the above-referenced allegations including Murder Through the Use of a Firearm.

    Accordingly, please endorse this letter motion to permit me to file interim vouchers on the eVoucher system.

    Very truly yours,

    */s/ Daniel Hochheiser*

    Daniel A. Hochheiser

---

Application granted.

Dated: April 21, 2025

---

**SO ORDERED.**

*/s/ Andrew Krause*
_____
ANDREW E. KRAUSE
United States Magistrate Judge